IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOAQUIN N'GE WRIGHT,

      Plaintiff,                      No. CIV S-07-1748 FCD DAD P

      vs.

J. LIZARRAGA, Chief Deputy, et al.,

      Defendants.               ORDER

_____/

      Plaintiff has requested an extension of time to respond the September 5, 2007 court order. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Plaintiff's September 27, 2007 request for an extension of time is granted; and

      2. Plaintiff is granted thirty days to submit either the $350.00 filing fee or a properly completed application to proceed in forma pauperis.

DATED: October 10, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9:bb
wrig1748.36ifp