IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOAQUIN N'GE WRIGHT,

      Plaintiff,                    No. CIV S-07-1748 FCD DAD P

   vs.

J. LIZARRAGA, et al.,

      Defendants.             ORDER

_____/

        In response to the court's April 30, 2008 order to show cause, plaintiff has filed a request for an extension of time to file an opposition to defendants' motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's May 22, 2008 request for an extension of time is granted;

        2. Plaintiff is granted sixty days from the date of this order in which to file an opposition to defendants' motion to dismiss. Any reply shall be filed and served in accordance with Local Rule 78-230(m); and

        3. The court's April 30, 2008 order to show cause is discharged.

DATED: June 3, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
wrig1748.36