IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOAQUIN N'GE WRIGHT,

    Plaintiff,                   No. CIV S-07-1748 FCD DAD P

    vs.

J. LIZARRAGA, et al.,

    Defendants.           <u>ORDER</u>

_____/

        On March 14, 2008, defendant Anguzza filed a motion to dismiss this action. Plaintiff failed to oppose or otherwise respond to the motion. Accordingly, on April 30, 2008, the court issued an order to show cause requiring plaintiff to file an opposition or a statement of non-opposition to the motion within thirty days. In response to the order to show cause, plaintiff filed a request for a sixty-day extension of time to oppose the motion. The court granted the request. However, plaintiff once again failed to file an opposition or a statement of non-opposition to defendant's motion to dismiss within the required time. Accordingly, on August 13, 2008, the court issued a second order to show cause requiring plaintiff to file an opposition or a statement of non-opposition to defendant's motion within fifteen days. In response to this second order to show cause, plaintiff has filed a request for a 120-day extension of time on the

/////

1

grounds that he has not had sufficient time to work on his opposition to the pending motion in this case because he is working on a criminal matter.

A review of the instant action raises serious questions about whether plaintiff has diligently prosecuted this case. Plaintiff is strongly advised that the court possesses the discretionary authority to dismiss an action based on plaintiff's failure to diligently prosecute. Fed. R. Civ. P. 41(b). In the interest of justice, the court will grant plaintiff a final forty-five (45) days to file an opposition or a statement of non-opposition to defendant Anguzza's motion to dismiss. No further extensions of time will be granted for this purpose. Plaintiff is informed that, if he no longer wishes to proceed with this case, he may file a request to voluntarily dismiss the action without prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.[1]

Accordingly, IT IS HEREBY ORDERED that:

1. The court's August 13, 2008 (Doc. No. 20) order to show cause is discharged;

2. Plaintiff's August 14, 2008, request for an extension of time (Doc. No. 21) is granted in part; and

3. Plaintiff is granted a final forty-five (45) days from the date of this order in which to file an opposition or a statement of non-opposition to defendant Anguzza's motion to

/////
/////
/////
/////
/////

---

[1] Plaintiff also appears to request court assistance in obtaining paper work from Deuel Vocational Institution related to officers' practices and procedures. It is not clear what plaintiff is asking for and, in any event, he is advised that requests for discovery are premature at this time. To the extent that plaintiff is experiencing problems with regard to his legal property and/or access to the prison law library, he should seek relief through the administrative grievance process at his institution. See Cal. Code Regs. tit. 15, § 3084.1(a) (prisoners may appeal "any departmental decision, action, condition, or policy which they can demonstrate as having an adverse effect upon their welfare.").

1  dismiss.  No further extensions of time will be granted for this purpose.  In the alternative,

2  plaintiff may file a request to voluntarily dismiss this action without prejudice.

3  DATED: September 3, 2008.

```
                                    _____
                                    DALE A. DROZD
                                    UNITED STATES MAGISTRATE JUDGE
```

7  DAD:9
   wrig1748.36(2)