IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOAQUIN N'GE WRIGHT,

      Plaintiff,                    No. CIV S-07-1748 FCD DAD P

    vs.

J. LIZARRAGA, et al.,

      Defendants.          <u>ORDER</u>

          Plaintiff, a state prisoner proceeding pro se, has filed a request to dismiss this action.  Defendant has filed a statement of non-opposition.  Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

          Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

DATED: October 17, 2008.

*signature*

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
wrig1748.59